UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>08CV10689-WGY</u>

Joseph Brown et al
Plaintiff

v.

United Air Lines, Inc. et al
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,D.J.</u>

     After a ruling on May 1, 2012, this Court Orders that Defendant's Motion to Dismiss is ALLOWED and the above entitled action be and hereby is Dismissed

Sarah A. Thornton
Clerk

By: /s/Matthew A. Paine
     Deputy Clerk

May 2, 2012

Notice mailed to counsel of record.